# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In Re:   JAMES P GUNDICH                                  Case No.: 07-17763
         SHARON M GUNDICH

         Debtor(s)

---

## CHAPTER 13 STANDING TRUSTEE FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/28/2007.

2) The case was confirmed on 11/19/2007.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 04/13/2009.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 04/17/2009.

6) Number of months from filing to the last payment: 18

7) Number of months case was pending: 22

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $  68,724.00

10) Amount of unsecured claims discharged without payment $   .00

11) All checks distributed by the trustee to this case may not have cleared the bank.

**UST Form 101-13-FR-S(4/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $ 20,635.78 |
| Less amount refunded to debtor | $ 271.10 |
| **NET RECEIPTS** | $ 20,364.68 |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid through the Plan | $ .00 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 1,506.66 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 1,506.66 |
| Attorney fees paid and disclosed by debtor | $ 3,500.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| COUNTRYWIDE HOME LOA | SECURED | 53,407.00 | 50,701.75 | .00 | .00 | .00 |
| COUNTRYWIDE HOME LOA | SECURED | 2,809.20 | 1,846.55 | 2,891.55 | 1,846.55 | .00 |
| HOUSEHOLD FINANCE CO | SECURED | 37,263.59 | 37,827.96 | .00 | .00 | .00 |
| HOUSEHOLD FINANCE | SECURED | 1,401.00 | .00 | .00 | .00 | .00 |
| LIGHTHOUSE FINANCIAL | SECURED | 4,074.64 | 5,990.73 | 5,540.73 | 4,699.22 | 536.06 |
| OAK TRUST CREDIT UNI | SECURED | 6,265.00 | .00 | 6,105.00 | 6,105.00 | 378.38 |
| INTERNAL REVENUE SER | PRIORITY | 7,604.00 | 500.00 | 500.00 | 500.00 | .00 |
| INTERNAL REVENUE SER | PRIORITY | 2,547.00 | NA | NA | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 1,966.66 | 2,297.90 | 2,297.90 | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 2,129.16 | 2,472.14 | 2,472.14 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 2,523.73 | 1,956.73 | 1,956.73 | 254.24 | .00 |
| APPLIED CARD BANK | OTHER | NA | NA | NA | .00 | .00 |
| APPLIED CARD BANK | OTHER | NA | NA | NA | .00 | .00 |
| CAPITAL ONE | UNSECURED | 741.00 | 804.22 | 804.22 | 104.51 | .00 |
| CAPITAL ONE | UNSECURED | 957.00 | 1,020.57 | 1,020.57 | 132.60 | .00 |
| CAPITAL ONE | OTHER | NA | NA | NA | .00 | .00 |
| CAPITAL ONE | UNSECURED | 1,318.00 | 1,318.29 | 1,318.29 | 171.29 | .00 |
| CAPITAL ONE BANK | OTHER | NA | NA | NA | .00 | .00 |
| CAPITAL ONE | OTHER | NA | NA | NA | .00 | .00 |
| CAPITAL ONE | UNSECURED | 562.00 | 595.34 | 595.34 | 77.34 | .00 |
| CAPITAL ONE | OTHER | NA | NA | NA | .00 | .00 |
| CAPITAL ONE | OTHER | NA | NA | NA | .00 | .00 |
| CAPITAL ONE | OTHER | NA | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(4/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| CITY OF CHICAGO PARK | UNSECURED | 200.00 | 300.00 | 300.00 | 38.97 | .00 |
| CITY OF CHICAGO | OTHER | NA | NA | NA | .00 | .00 |
| CHARMING SHOPPES FAS | UNSECURED | 2,006.00 | 2,006.49 | 2,006.49 | 260.69 | .00 |
| FASHION BUG | OTHER | NA | NA | NA | .00 | .00 |
| FCNB MASTER TRUST | UNSECURED | 1,121.00 | NA | NA | .00 | .00 |
| GE CONSUMER FINANCE | UNSECURED | 2,952.00 | 2,952.05 | 2,952.05 | 383.57 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 918.00 | 873.89 | 873.89 | 113.55 | .00 |
| THE HOME DEPOT | OTHER | NA | NA | NA | .00 | .00 |
| PORTFOLIO RECOVERY A | UNSECURED | 2,179.00 | 2,345.53 | 2,345.53 | 304.75 | .00 |
| HSBC NV | UNSECURED | 2,857.00 | NA | NA | .00 | .00 |
| HSBC NV | OTHER | NA | NA | NA | .00 | .00 |
| HOUSEHOLD FINANCIAL | OTHER | NA | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 503.00 | 503.94 | 503.94 | 65.48 | .00 |
| JC PENNEY | OTHER | NA | NA | NA | .00 | .00 |
| JC PENNEY | OTHER | NA | NA | NA | .00 | .00 |
| CHASE BANK USA NA | UNSECURED | 353.09 | 473.65 | 473.65 | 61.55 | .00 |
| MCI COMMUNICATIONS | UNSECURED | 198.00 | NA | NA | .00 | .00 |
| MCI COMMUNICATIONS | OTHER | NA | NA | NA | .00 | .00 |
| MXENERGY | UNSECURED | 457.00 | NA | NA | .00 | .00 |
| MX ENERGY | OTHER | NA | NA | NA | .00 | .00 |
| SEARS CREDIT CARDS | UNSECURED | 1,092.42 | NA | NA | .00 | .00 |
| PORTFOLIO RECOVERY A | UNSECURED | 1,105.00 | 867.04 | 867.04 | 112.67 | .00 |
| SEARS | OTHER | NA | NA | NA | .00 | .00 |
| SEARS | OTHER | NA | NA | NA | .00 | .00 |
| SEARS | OTHER | NA | NA | NA | .00 | .00 |
| SEARS | OTHER | NA | NA | NA | .00 | .00 |
| SEARS CREDIT CARDS | UNSECURED | 1,790.00 | NA | NA | .00 | .00 |
| SEARS | OTHER | NA | NA | NA | .00 | .00 |
| T MOBILE | UNSECURED | 804.71 | 404.71 | 404.71 | 52.56 | .00 |
| T MOBILE | UNSECURED | 444.00 | NA | NA | .00 | .00 |
| T MOBILE | OTHER | NA | NA | NA | .00 | .00 |
| T MOBILE | OTHER | NA | NA | NA | .00 | .00 |
| MCGRTAH CLINIC | UNSECURED | 535.00 | NA | NA | .00 | .00 |
| VILLAGE OF POSEN | UNSECURED | 250.00 | 6,500.00 | 6,500.00 | 844.53 | .00 |
| VILLAGE OF POSEN | OTHER | NA | NA | NA | .00 | .00 |
| VILLAGE OF POSEN | OTHER | NA | NA | NA | .00 | .00 |
| VILLAGE OF POSEN | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| VILLAGE OF POSEN | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| VILLAGE OF POSEN | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| VILLAGE OF POSEN | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| VILLAGE OF POSEN | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| VILLAGE OF POSEN | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| VILLAGE OF POSEN | UNSECURED | 366.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(4/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| VILLAGE OF POSEN | OTHER | NA | NA | NA | .00 | .00 |
| VILLAGE OF POSEN | UNSECURED | 366.00 | NA | NA | .00 | .00 |
| VILLAGE OF POSEN | OTHER | NA | NA | NA | .00 | .00 |
| VILLAGE OF POSEN | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| WASHINGTON MUTUAL CA | UNSECURED | 4,468.61 | NA | NA | .00 | .00 |
| OAK TRUST CREDIT UNI | UNSECURED | 160.00 | NA | NA | .00 | .00 |
| COUNTRYWIDE HOME LOA | OTHER | NA | NA | NA | .00 | .00 |
| LIGHTHOUSE FINANCIAL | UNSECURED | NA | .00 | 450.00 | 58.48 | .00 |
| LIGHTHOUSE FINANCIAL | SECURED | NA | .00 | 450.00 | 450.00 | .00 |
| LVNV FUNDING LLC | UNSECURED | NA | 1,114.14 | 1,114.14 | 144.76 | .00 |
| CAPITAL ONE | UNSECURED | NA | 197.06 | 197.06 | 17.36 | .00 |
| INTERNAL REVENUE SER | UNSECURED | NA | 5,812.82 | 5,812.82 | 511.92 | .00 |
| PORTFOLIO RECOVERY A | UNSECURED | NA | 4,864.08 | 4,864.08 | 631.99 | .00 |

**UST Form 101-13-FR-S(4/1/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | 2,891.55 | 1,846.55 | .00 |
| Debt Secured by Vehicle | 11,645.73 | 10,804.22 | 914.44 |
| All Other Secured | 450.00 | 450.00 | .00 |
| **TOTAL SECURED:** | 14,987.28 | 13,100.77 | 914.44 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 500.00 | 500.00 | .00 |
| **TOTAL PRIORITY:** | 500.00 | 500.00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 40,130.59 | 4,342.81 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 1,506.66 |
| Disbursements to Creditors | $ | 18,858.02 |
| **TOTAL DISBURSEMENTS:** | $ | 20,364.68 |

12)   The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated:   07/27/2009            /s/ Tom Vaughn
                               Tom Vaughn, Chapter 13 Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(4/1/2009)**